## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **KEVIN KEITH,** | **Case No. 1:18-cv-00634** |
| **Petitioner,** | |
| **v.** | **Judge Solomon Oliver, Jr.** |
| **LYLEAL WAINWRIGHT, WARDEN,** | **Magistrate Judge James R. Knepp, II** |
| **Respondent.** | |

## PETITIONER KEVIN KEITH'S UNOPPOSED MOTION FOR STATUS CONFERENCE

Petitioner Kevin Keith requests that the Court schedule a status conference for the purpose of developing a Case Management Plan for the above-captioned case.  Counsel for Petitioner have conferred with counsel for Respondent, and Respondent does not oppose the motion but requested that Keith indicate that Respondent would be unavailable until mid-next week.  In support of his motion, Keith states as follows:

1.      Keith filed his petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on March 19, 2018.  (ECF No. 1).  On June 7, 2018, this Court transferred the case to the U.S. Court of Appeals for the Sixth Circuit, finding that Keith was required to move in the appellate court for authorization to file a second or successive habeas petition pursuant to 28 U.S.C. § 2244(b)(3)(A).  (ECF No. 15).  On October 26, 2018, a panel of the Sixth Circuit granted Keith's application for authorization to file a successive habeas corpus petition because Keith had made a *prima facie* showing that "the factual predicates for his *Brady* claim could not have been previously discovered through the exercise of due diligence" and that "no reasonable fact finder would have found him guilty" in light of the new evidence.  (ECF No. 16 at 10-12).

2.      No Case Management Plan has yet been entered in this case.  A status conference would permit the parties and the Court to discuss a timeframe and procedure for a timely and efficient adjudication of Keith's petition.

Wherefore, Petitioner Kevin Keith, by and through undersigned counsel, having

conferred with counsel for Respondent and for good cause shown, hereby requests the Court

convene a status conference.  Attached for the Court's convenience is a draft Order granting

Keith's motion and setting the matter for a conference.


Dated:  November 8, 2018                              Respectfully submitted,

                                                     */s/ James R. Wooley*
                                                     James R. Wooley (003850)
                                                     Calland M. Ferraro (0093439)
                                                     JONES DAY
                                                     901 Lakeside Avenue
                                                     Cleveland, Ohio 44114
                                                     (216) 586-7345
                                                     jrwooley@jonesday.com
                                                     cferraro@jonesday.com

                                                     Zachary M. Swisher (0076288)
                                                     Sybert, Rhoad, Lackey Swisher, LLC
                                                     153 South Liberty Street
                                                     Powell, Ohio 43065
                                                     (614) 785-1811
                                                     zach@law153group.com

                                                     Rachel Troutman (0076741)
                                                     Supervising Attorney, Death Penalty Dept.
                                                     Office of the Ohio Public Defender
                                                     250 E. Broad Street, Suite 1400
                                                     Columbus, Ohio 43215
                                                     Rachel.Troutman@OPD.ohio.gov

                                                     James M. Petro (0022096)
                                                     Attorney-at-Law
                                                     6573 Marissa Loop #405
                                                     Naples, FL 34108
                                                     Jimpetro73@gmail.com

                                                     *Attorneys for Petitioner Kevin Keith*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2018, a copy of the foregoing

Unopposed Motion for Status Conference was filed electronically with the Court.  Notice of this

filing will be sent by operation of the Court's electronic filing system to all parties indicated on

the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ *James R. Wooley*
*Attorney for Petitioner*