FILED

FEB 15 1994

CRAWFORD COUNTY MUNICIPAL COURT
BUCYRUS, OHIO

### AFFIDAVIT for SEARCH WARRANT

THE STATE OF OHIO )  Crawford County Municipal Court
CRAWFORD COUNTY )
CITY OF BUCYRUS )

Before me, the undersigned Judge of Crawford County Municipal Court
personally appeared Captain Michael A. Corwin of the Bucyrus Police
Department, Bucyrus, Crawford County who being duly sworn according to
the law, disposes and says that there is good cause to believe, and
does believe that the following goods, chattels, or articles, to-wit:

Clothing, shoes, masks, firearms, ammunition, shell casings, garbage
bags, and any other evidentiary items tending to identify the
perpetrator

in violation of Ohio Revised Code Section;

903.01 (3) counts, aggravated murder; 2923.02 (3) counts attempted
aggravated murder.

The facts upon which such belief is based are as follows:

. The affiant Captain Michael L. Corwin has been a law enforcement
  officer for 20 years empowered by the State of Ohio to make arrests
  and execute search warrants.

. The affiant has information supplied by a witness, Richard A.
  Warren, identifying Kevin Keith as the person who attempted to kill
  him by shooting him. Identification was made by photo lineup.