# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **KEVIN KEITH,** | : | |
| Petitioner, | : | **CASE NO. 1:18-cv-634** |
| v. | : | |
| | : | **Judge Solomon Oliver, Jr.** |
| **LYNEAL WAINWRIGHT, WARDEN,** | : | |
| | : | **Magistrate Judge James R. Knepp, II** |
| Respondent. | : | |

## WARDEN'S RESPONSE TO KEITH'S MOTION
## FOR STATUS CONFERENCE (ECF.34)

On June 20, 2019, Keith requested an in-person status conference in this case citing the "vastly different positions" of the parties on "how the 'fuller exploration' should be conducted." Mtn., ECF.34, PAGEID#:11347. While the Warden is of the belief that a status conference is unnecessary, Counsel for the Warden will be available upon reasonable notice should the Court wish to convene such a conference.

Respectfully submitted,

**DAVE YOST**
Ohio Attorney General

/s/ *Brenda S. Leikala*

**Brenda S. Leikala (0072635)**
Senior Assistant Attorney General
Criminal Justice Section, Capital Crimes Unit
150 East Gay Street, 16th Floor
Columbus, Ohio 43215-3428
(614) 995-1930; (877) 469-0567 (Facsimile)
Brenda.Leikala@ohioattorneygeneral.gov

**COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2019, a copy of the forgoing document was filed electronically. Notice of this filing has been sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Brenda S. Leikala*

**Brenda S. Leikala (0072635)**
Senior Assistant Attorney General